## Law Office of Lisa D. Wright, LLC
***Protecting Georgia Consumers***

235 Peachtree Street, NE, Suite 888 • Atlanta, Georgia 30303
Office: 404-588-1181 • Fax: 404-588-1182
www.attorneylisadwright.com
attorneywright@prodigy.net

Thursday, September 4, 2003

The Honorable Julie E. Carnes
United States District Court Judge
United States District Court – Northern District of Georgia
75 Spring Street, SW
Atlanta, Georgia 30303

**RE:**   **Carey Scott Neal v. Equifax et al.**
         **Civil Action No.: 1:03-CV-0761**

Dear Judge Carnes:

After the above-referenced civil action was filed, Plaintiff Carey Scott Neal filed for Chapter 7 Bankruptcy protection in the United States Bankruptcy Court – Northern District of Georgia, Gainesville Division, Action No.: 03-30619. Mr. Albert Nasuti, Attorney at Law, was assigned as the Trustee in the case and was notified of Mr. Neal's pending civil action.

On August 6, 2003, an Order was issued for the stay of discovery for 90 days or until the trustee notifies the parties regarding the prosecution of debtor's claims, whichever comes first.

On August 26, 2003, Mr. Nasuti notified me that he was abandoning any claims against Mr. Neal's pending civil action. Counsels for the defendants were notified of Mr. Nasuti's decision. Therefore, we have resumed discovery in this matter.

Very truly yours,

LAW OFFICE OF LISA D. WRIGHT, LLC

By: _____
Lisa D. Wright
Attorney for Plaintiff

Cc:   Mr. Albert Nasuti
      Mr. John J. Friedline
      Mr. Howell A. Hall
      Mr. Robert Mulholland
      Mr. Scott J. Ryskoski
      Mr. Peter Wahby