

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CAREY SCOTT NEAL,<br>  Plaintiff | )<br>)<br>) CIVIL ACTION<br>) FILE NO. 1:03-CV-0761-JEC |
| vs. | )<br>) |
| EQUIFAX INFORMATION SERVICES LLC<br>OLYMPUS SERVICING, L.P., and<br>WILSHIRE CREDIT CORPORATION<br>  Defendants | )<br>)<br>)<br>) |

## PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE

COMES NOW Plaintiff Carey Scott Neal, by and through counsel, and requests that the Court, pursuant to Rule 201 of the <u>Federal Rules of Evidence</u>, take judicial notice of the September 17, 2003, Discharge of Debtor entered by the United States Bankruptcy Court, Northern District of Georgia in the matter of: <u>IN RE: CAREY SCOTT NEAL,</u> Case Number: 03-30619. A true and correct copy is attached to this Request as Exhibit 1.

This Order states that the debtor, Mr. Carey Scott Neal, was granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

1

49

This 6th day of October, 2003.

                              Respectfully submitted,

                              LAW OFFICE OF LISA D. WRIGHT, LLC

                              By: _____
                              Lisa D. Wright
                              Attorney for Plaintiff
                              Georgia State Bar No. 268781

235 Peachtree Street NE,
Suite 888
Atlanta, Georgia 30303
404-588-1181 (Office)
404-588-1182 (Fax)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CAREY SCOTT NEAL,<br>　　Plaintiff | )<br>)<br>)<br>) CIVIL ACTION<br>) FILE NO. 1:03-CV-0761-JEC<br>)<br>)<br>)<br>)<br>)<br>) |
| vs. | |
| EQUIFAX INFORMATION SERVICES LLC<br>OLYMPUS SERVICING, L.P., and<br>WILSHIRE CREDIT CORPORATION<br>　　Defendants | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the within and foregoing Plaintiff's Request for Judicial Notice, upon opposing counsel, by depositing a copy of same in the United States Mail with adequate postage thereon for prompt delivery by the United States Postal service and addressed as follows:

Mr. John J. Friedline
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
Attorney for Defendant Equifax Information Services LLC

3

Mr. Robert E. Mulholland
Savell & Williams
1500 The Equitable Building
100 Peachtree Street
Atlanta, GA 30303
Attorney for Defendant Olympus Servicing, L.P.

Mr. Scott J. Ryskoski & Mr. Peter Wahby
Larson King
600 Galleria Three
13155 Noel Road
Dallas, TX 75240
Attorney for Defendant Olympus Servicing, L.P.

Mr. Howell A. Hall
Pendergast & Jones, P.C.
115 Perimeter Center Place, Suite 1010
Atlanta, GA 30346
Attorney for Defendant Wilshire Credit Corporation

This 6th day of October, 2003.

Respectfully submitted,

LAW OFFICE OF LISA D. WRIGHT, LLC

By: *[signature]*
Lisa D. Wright
Attorney for Plaintiff
Georgia State Bar No. 268781

235 Peachtree Street, NE
Suite 888
Atlanta, Georgia 30303
404-588-1181
404-588-1182 (Fax)

4

# EXHIBIT 1

Form B18 (Official Form 18)
(09/01)

## UNITED STATES BANKRUPTCY COURT
### Northern District of Georgia

In re:
Carey Scott Neal
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
PO Box 965424
Marietta GA 30066

Case No. : 03-30619
Chapter: 7

Judge: Robert Brizendine

Debtor(s)

## DISCHARGE OF DEBTOR(S)

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

Dated: 09/17/03

BY THE COURT

Robert Brizendine
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION
REGARDING THE BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE.**

Form B18-NDGA continued
(09/01)

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to the creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:]* [There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.]

However a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor my voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a.  Debts for most taxes;

b.  Debts that are in the nature of alimony, maintenance, or support;

c.  Debts for most student loans;

d.  Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

e.  Debts for personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;

f.  Some debts which were not properly listed by the debtor;

g.  Debts that the bankruptcy court specifically has decided or will decided in this bankruptcy case are not discharged;

h.  Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact the effect of the discharge in this case.**

**BAE SYSTEMS**
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 113E-8        User: dougherty         Page 1 of 2              Date Rcvd: Sep 15, 2003
Case: 03-30619              Form ID: 7DO            Total Served: 52


The following entities were served by first class mail on Sep 17, 2003.
db         Carey Scott Neal,    PO Box 965424,    Marietta, GA  30066
aty        David C. Whitridge,    Building 8,    3300 N.E. Expressway,    Atlanta, GA  30341
aty        Lara Anne Armstrong,    1544 Old Alabama Road,    Roswell, GA  30076-2102
aty        Samuel D. Hicks,    136 N. Fairground Street,    Suite 100,    Marietta, GA  30060
aty        Sidney Gelernter,    250 East Ponce De Leon Avenue,    Post Office Box 57,    Decatur, GA  30031
aty        Thomas A. Lee,    16 General Warren Blvd.,    Malvern, PA  19355
tr         Albert F. Nasuti,    40 Technology Parkway South,    Suite 300,    Norcross, GA  30092
6121567    ABC Supply Co., Inc.,    441 ABC Drive,    Myrtle Beach, SC 29577
6121566    ABC Supply Co., inc.,    1460 Ellsworth Ind. Blvd.,    Atlanta, GA 30318
6121570    AT&T Wireless,    POB 105773,    Atlanta, GA 30348-5773
6349622    Allen Broxton,    Attorney for Movant,    PO Box 430,    Gainesville, GA  30503
6121568    American Express,    Suite 0002,    Chicago, IL 60679
6121569    American Express,    POB 360002,    Ft. Lauderdale, FL 33336
6121573    BB&T of GA,    Business Loan Ctr,    POB 580003,    Charlotte, NC 28258-0003
6121571    Bank of America,    POB 53155,    Phoenix, AZ 85072-3155
6121572    Bank of North GA,    POB 1407,    Alpharetta, GA 30009
6121574    Best Built Properties,    68 Outback Ridge Road,    Jasper, GA 30143
6121575    C.C. Dickson,    POB 36777,    Charlotte, NC 28236
6121576    Canton Supply,    2127 Marietta Highway,    Canton, GA 30114
6121578    Cherokee County Tax Commissione,    100 North Street, Ste. 150,    Canton, GA 30114
6350922    CitiCapital Commercial Corporation,    Attn: Bankruptcy Unit,    PO Box 140729,
            Irving, TX  75014-0729
6121579    Crescent Bank & Trust Co.,    POB 668,    Jasper, GA 30143
6121580    Discover Card,    POB 15251,    Wilmington, DE 19886
6121581    Diversified Financial Svs,    POB 95662,    Chicago, IL 60694-5662
6121582    E-Bank,    2690 Cumberland Pky, Ste 230,    Atlanta, GA 30339
6121583    Ernst Concrete Co.,    POB 1506,    Lawrenceville, GA 30046
6121584    Green Point Mortgage,    POB 908,    Newark, NJ 07101-0908
6121585    Hertz Equipment,    POB 26390,    Oklahoma City, OK 73126
6121586    Home Comings Financial,    POB 105682,    Atlanta, GA 30348-5682
6121587    Indy Mac Bank,    POB 78826,    Phoenix, AZ 85062-8826
6121588   +Indy Mac Bank,    POB 4045,    Kalamazoo, MI 49003
6121589    Ingersoll Rand Fin. Svs.,    POB 6229,    Carol Stream, IL 60197-6229
6121590    Jasper Banking Co.,    POB 487,    Jasper, GA 30143
6121598   +Jewel Ridings and Kathy Ridings,    200 Brick Mill Drive,    Canton, GA 30115-3820
6121591    Lockheed Credit Union,    POB 1188,    Marietta, GA 30061
6140854    Lockheed GA Employee's Federal Cred,    c/o Louis M. Turchiarelli,    Attorney for Creditor,
            416 Roswell Street, NE, Suite 200,    Marietta, GA 30060
6121594    MBNA America,    POB 15102,    Wilmington, DE 19886-5102
6365186    MBNA America (Delaware), N.A.,    BECKET AND LEE LLP, ATTORNEYS/AGENT,    P.O. BOX 3001,
            Malvern, PA 19355-0701
6121595    MBNA Platinum,    POB 15137,    Wilmington, DE 19886-5137
6121593    Manis Lumber,    dba Wheelers,    POB 406458,    Atlanta, GA 30384-6458
6121592    Manis Lumber Co. dba Wheelers,    c/o Thomas D. Richardson, Esq.,    Brinson, Askew, Berry,    POB 5513,
            Rome, GA  30162-5513
6121596    North GA Brick Co Inc.,    POB 2548,    Cumming, GA 30028
6121597    Plumbing Distributors, Inc.,    POB 1167,    Lawrenceville, GA 30046-1167
6121599    RMC Allied Ready Mix, Inc.,    POB 728,    Decatur, GA 30031
6121600    Southbank, N.A.,    POB 2399,    Woodstock, GA 30188
6121601    Thomas and Terry Vandenberg,    1043 Whispering Woods Drive,    Canton, GA  30114
6121602    Threads for the South, Inc.,    1076 King Ind. Dr.,    Marietta, GA 30062
6121605    Wachovia Platinum Plus,    POB 15469,    Wilmington, DE 19886-5469
The following entities were served by electronic transmission on Sep 15, 2003 and receipt of the transmission
was confirmed on:
6212660    EDI: BECKLEE.COM Sep 15 2003 22:14:00       American Express Centurion Bank,
            BECKET AND LEE LLP, ATTORNEYS/AGENT,    P.O. BOX 3001,    Malvern, PA 19355-0701
6121571    EDI: BANKAMER.COM Sep 15 2003 22:14:00      Bank of America,    POB 53155,    Phoenix, AZ 85072-3155
6121577    EDI: CAPITALONE.COM Sep 15 2003 22:14:00     Capital One, F.S.B.,    POB 530081,
            Atlanta, GA 30353-0081
6121603    EDI: FUNB.COM Sep 15 2003 22:14:00          Wachovia Bank, N.A.,    POB 101766,    Atlanta, GA 30392-1766
6121604    EDI: FUNB.COM Sep 15 2003 22:14:00          Wachovia Bank, N.A.,    123 South Broad St.,
            Philadelphia, PA 19109
                                                                                              TOTAL: 5

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*       Lara Anne Armstrong,    1544 Old Alabama Road,    Roswell, GA  30076-2102
aty*       Lara Anne Armstrong,    1544 Old Alabama Road,    Roswell, GA  30076-2102
                                                                                    TOTALS: 0, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 113E-8        User: dougherty        Page 2 of 2            Date Rcvd: Sep 15, 2003
Case: 03-30619              Form ID: 7DO           Total Served: 52
```

***** BYPASSED RECIPIENTS (continued) *****

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

**Date: Sep 17, 2003**         Signature:   _Joseph Speetjens_