**ORIGINAL**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

NOV 1 9 2003

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

CAREY SCOTT NEAL,       )
    Plaintiff       )
           ) CIVIL ACTION
           ) FILE NO. 1:03-CV-0761-JEC
vs.       )
           )
EQUIFAX INFORMATION SERVICES LLC       )
OLYMPUS SERVICING, L.P., and       )
WILSHIRE CREDIT CORPORATION       )
    Defendants       )

### PLAINTIFF'S MOTION TO COMPEL DEFENDANT OLYMPUS SERVICING, L.P. TO APPEAR FOR DEPOSITION UPON ORAL EXAMINATION AND FOR SANCTIONS

COMES NOW, Plaintiff Carey Scott Neal, by and through undersigned

counsel and moves this Court for an Order compelling Defendant Olympus

Servicing, L.P. (hereinafter "Olympus") to appear for Deposition Upon Oral

Examination and for Sanctions for the reasons set forth herein.

1.

On May 13, 2003, Defendant Olympus filed an appearance in this action by

filing a Motion to Dismiss Plaintiff's Complaint.

1

2.

On June 9, 2003, counsel for the Plaintiff served the Defendant with the Plaintiff's First Set of Interrogatories and Request for Production to Defendant Olympus.

3.

On July 1, 2003, counsel for the Plaintiff and Defendant Olympus Stipulated that Olympus shall have up through and including July 25, 2003 to provide its responses to the Plaintiff's First Set of Interrogatories and Request for Production to Defendant Olympus.

4.

On July 25, 2003, the Plaintiff and Defendant Olympus Stipulated that the discovery responses and documents would be provided within ten (10) days after the Trustee notified the parties regarding the prosecution of the Debtor's alleged claims against Defendant Olympus.

5.

On August 26, 2003, counsel for the Plaintiff telephoned counsel for Defendant Olympus informing him that the Trustee abandoned all claims asserted in this action and that Olympus' Initial Disclosures were required within ten (10) days.

6.

On September 4, 2003, counsel for the Plaintiff sent a written notification to the Judge and counsel for all parties of the August 26, 2003 notification from the Trustee that he was abandoning all claims asserted in this action.

7.

On September 14, 2003, counsel for the Plaintiff sent a final written demand to counsel for Defendant Olympus requesting responses to the Plaintiff's June 9, 2003 First Set of Interrogatories and Request for Production of Documents.

8.

On September 15, 2003, counsel for Defendant Olympus stated that Defendant Olympus was not required to respond to the discovery requests at this time because the Trustee had not notified him of the Trustee's abandonment of the claims asserted in the Plaintiff's Bankruptcy.

9.

On September 16, 2003, the Plaintiff filed his Motion to Compel Defendant Olympus' discovery responses.

10.

On October 29, 2003, counsel for the Plaintiff sent written communication and a Notice of Deposition Duces Tecum for Olympus Servicing, L.P. for

November 12, 2003, but that the date was flexible. The letter also requested a response from Olympus <u>no later than November 5, 2003</u> if the aforementioned date was not acceptable. See Exhibit 1.

11.

<u>On November 7, 2003</u>, counsel for Defendant Olympus sent written correspondence by facsimile stating that it was unavailable for the deposition as scheduled on November 12, 2003 and to contact Attoney Ryskoski to work out a mutually acceptable time for rescheduling the deposition. See Exhibit 2.

12.

On November 9, 2003, counsel for the Plaintiff sent by mail and by facsimile a final good faith attempt to schedule and complete Defendant Olympus' deposition prior to the December 1, 2003 close of discovery. See Exhibit 3.

13.

As of November 19, 2003, counsel for Defendant Olympus has refused to cooperate in the scheduling and completion of its Oral Deposition.

WHEREFORE, Plaintiff moves this Court for the following:

A)     For an Order compelling Defendant Olympus to appear for its Oral Deposition;

4

B)    For attorney's fees and costs incurred for filing this Motion to

Compel;

C)    For sanctions against Defendant Olympus for refusing to appear for its

Oral Deposition as required by the Federal Rules of Civil Procedure;

and

D)    For such other relief as the Court may deem appropriate.

This 19th day of November, 2003.

Respectfully submitted,

LAW OFFICE OF LISA D. WRIGHT, LLC

By: _____

Lisa D. Wright
Attorney for Plaintiff
Georgia State Bar No. 268781

235 Peachtree Street NE,
Suite 888
Atlanta, Georgia 30303
404-588-1181 (Office)
404-588-1182 (Fax)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| CAREY SCOTT NEAL, | ) |
|     Plaintiff | ) |
| | ) CIVIL ACTION |
| | ) FILE NO. 1:03-CV-0761-JEC |
| vs. | ) |
| | ) |
| EQUIFAX INFORMATION SERVICES LLC | ) |
| OLYMPUS SERVICING, L.P., and | ) |
| WILSHIRE CREDIT CORPORATION | ) |
|     Defendants | ) |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the within and foregoing PLAINTIFF'S MOTION TO COMPEL DEFENDANT OLYMPUS SERVICING, L.P.'S TO APPEAR FOR DEPOSITION UPON ORAL EXAMINATION AND FOR SANCTIONS, upon opposing counsel, by depositing a copy of same in the United States Mail with adequate postage thereon for prompt delivery by the United States Postal service and addressed as follows:

Mr. John J. Friedline
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
Attorney for Defendant Equifax Information Services LLC

Mr. Robert E. Mulholland
Savell & Williams
1500 The Equitable Building
100 Peachtree Street
Atlanta, GA 30303
Attorney for Defendant Olympus Servicing, L.P.

Mr. Scott J. Ryskoski & Mr. Peter Wahby
Larson King
600 Galleria Three
13155 Noel Road
Dallas, TX 75240
Attorney for Defendant Olympus Servicing, L.P.

Mr. Howell A. Hall
Pendergast & Blum
115 Perimeter Center Place, Suite 1010
Atlanta, GA 30346
Attorney for Defendant Wilshire Credit Corporation

This 19th day of November, 2003.

Respectfully submitted,

LAW OFFICE OF LISA D. WRIGHT, LLC

By: _____
        Lisa D. Wright
        Attorney for Plaintiff
        Georgia State Bar No. 268781

235 Peachtree Street, NE
Suite 888
Atlanta, Georgia 30303
404-588-1181
404-588-1182 (Fax)

# EXHIBIT 1

## *Law Office of Lisa D. Wright, LLC*
### *Protecting Georgia Consumers*
235 Peachtree Street, NE, Suite 888 ● Atlanta, Georgia 30303
Office: 404-588-1181 ● Fax: 404-588-1182
www.attorneylisadwright.com
attorneywright@prodigy.net

Wednesday, October 29, 2003

Mr. Scott J. Ryskoski & Mr. Peter Wahby
Larson King
600 Galleria Three
13155 Noel Road
Dallas, TX 75240

> **RE:** **Carey Scott Neal v. Equifax Credit Services, Inc., et al**
> **United States District Court – Northern District of Georgia, Atlanta Division**
> **Case No.: 1:03-CV-0761**

Dear Mr. Ryskoski and Mr. Wahby:

I attach herewith a Notice of Deposition Duces Tecum for Olympus Servicing L.P., for November 12, 2003, but I am more than willing to change the date to accommodate your schedule. Please let me know if this date is acceptable or if we need to change it. I would ask that you kindly respond no later than November 5, 2003 if this date is unacceptable.

I may also notice additional third party depositions and would ask that you provide me with your available dates and I will do what I can to accommodate your schedules. It may ultimately require greater flexibility in your schedules or that you have one of your other attorneys assist in conflicts. I will try to coordinate where possible.

Please let me hear from you via facsimile or e-mail as soon as possible. Thank you.

Very truly yours,

LAW OFFICE OF LISA D. WRIGHT, LLC

By: _____
Lisa D. Wright
Attorney and Counselor at Law

Cc:   Mr. John J. Friedline
      Mr. Howell A. Hall
      Mr. Robert Mulholland

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| CAREY SCOTT NEAL, | ) |
|     Plaintiff | ) |
| | ) CIVIL ACTION |
| | ) FILE NO. 1:03-CV-0761-JEC |
| vs. | ) |
| | ) |
| EQUIFAX INFORMATION SERVICES LLC | ) |
| OLYMPUS SERVICING, L.P., and | ) |
| WILSHIRE CREDIT CORPORATION | ) |
|     Defendants | ) |

## NOTICE OF ORAL DEPOSITION DUCES TECUM OF OLYMPUS SERVICING, L.P.

To:    OLYMPUS SERVICING, L.P.
        through its attorneys of record:
        Mr. Scott J. Ryskoski & Mr. Peter Wahby
        Larson King
        600 Galleria Three
        13155 Noel Road
        Dallas, TX 75240

        Mr. Robert E. Mulholland
        Savell & Williams
        1500 The Equitable Building
        100 Peachtree Street
        Atlanta, GA 30303

1

Pursuant to Rule 30 of the Federal Rules of Civil Procedure and agreement of counsel for purposes of reconvening, Plaintiff announces that he will take the deposition of OLYMPUS SERVICING, L.P. ("Olympus"), before a certified court reporter at the law offices of Savell & Williams, 1500 The Equitable Building, 100 Peachtree Street, Atlanta, Georgia 30303, on the 12th day of November, 2003, beginning at 10:00 a.m., with video to likewise be taken, and continuing day to day until completed or concluded in accordance with court rules.

The deponent is to produce, on or before the date and time of the deposition, the documents and things called for the attached duces tecum request found in Exhibit A. The deposition will be taken for all purposes, including the perpetuation of testimony. The areas of inquiry includes those areas and facts discussed in plaintiff's complaint; the history of the subject account; systems whereby defendant store, retrieved and reproduced, reconstructed, or generated the account's credit application, billing statements and payment documentation; the general practices and procedures for reporting accounts to credit bureaus and backup or archiving of the reports to include any audit trail; the actual reportings done as to the subject account; the general practices and procedures for responding to credit bureau

2

disputes from 2001 to the present; each step actually taken in the receipt and processing of, and response to, each credit bureau dispute notice regarding the subject account by Carey Scott Neal; the responsibilities, background, training and experience of each of said individuals; policies and practices relating to account reviews; the review and credit scoring of the subject account; recordkeeping and document retention policies as to the above areas of inquiry; defendant's corporate structure, gross income and net worth at the end of 2002.

This 29th day of October, 2003.

Respectfully submitted,

LAW OFFICE OF LISA D. WRIGHT, LLC

By: _____

Lisa D. Wright
Attorney for Plaintiff
Georgia State Bar No. 268781

235 Peachtree Street NE,
Suite 888
Atlanta, Georgia 30303
404-588-1181 (Office)
404-588-1182 (Fax)

3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| CAREY SCOTT NEAL, | ) |
|    Plaintiff | ) |
| | ) CIVIL ACTION |
| | ) FILE NO. 1:03-CV-0761-JEC |
| vs. | ) |
| | ) |
| EQUIFAX INFORMATION SERVICES LLC | ) |
| OLYMPUS SERVICING, L.P., and | ) |
| WILSHIRE CREDIT CORPORATION | ) |
|    Defendants | ) |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the within and foregoing NOTICE OF ORAL DEPOSITION DUCES TECUM OLYMPUS SERVICING, L.P., upon opposing counsel, by depositing a copy of same in the United States Mail with adequate postage thereon for prompt delivery by the United States Postal service and addressed as follows:

Mr. John J. Friedline
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309

Mr. Robert E. Mulholland
Savell & Williams
1500 The Equitable Building
100 Peachtree Street
Atlanta, GA 30303
Attorney for Defendant Olympus Servicing, L.P.

Mr. Scott J. Ryskoski & Mr. Peter Wahby
Larson King
600 Galleria Three
13155 Noel Road
Dallas, TX 75240
Attorney for Defendant Olympus Servicing, L.P.

Mr. Howell A. Hall
Pendergast & Jones, P.C.
115 Perimeter Center Place, Suite 1010
Atlanta, GA 30346
Attorney for Defendant Wilshire Credit Corporation

This 29th day of October, 2003.

Respectfully submitted,

LAW OFFICE OF LISA D. WRIGHT, LLC

By: _____
Lisa D. Wright
Attorney for Plaintiff
Georgia State Bar No. 268781

235 Peachtree Street, NE
Suite 888
Atlanta, Georgia 30303
404-588-1181
404-588-1182 (Fax)

5

To:   **OLYMPUS SERVICING, L.P.**, hereinafter merely referred to as
"**Company**" or "**you**" or "**your**":

## EXHIBIT "A"

1.      All documents in your possession which list, bear, or contain the plaintiff's
name(s) and/or which bear plaintiff's other personal identifiers, as set forth in
documents previously provided you.

2.      All letters, consumer reports, applications, account information, credit
scoring data or other personal identifying information in your possession which list,
bear, or contain the plaintiff's name(s) and/or which bear plaintiff's other personal
identifiers, as set forth in documents previously provided you.

3.      A copy of each and every internal document generated from your consumer
reporting database, which lists, bears, or contains the plaintiff's name(s) and/or
which bear plaintiff's other personal identifiers, as set forth in documents
previously provided you.  This request specifically includes your dispute resolution
logs [each of them], each internal record, screen and report, each frozen scan or
other internal report which lists, bears, or contains the plaintiff's name(s) and/or
which bears plaintiff's other personal identifiers, as set forth in documents
previously provided you.

4.      Any and all documents or other recordings evidencing, constituting or
referring to communications between you and any person which list, bear, or
contain the plaintiff's name(s) and/or which bear plaintiff's other personal
identifiers, as set forth in documents previously provided you.

5.      Copies of any and all policy manuals, procedure manuals, or other
documents, which address your policies, practices or procedures in the investigation
or reinvestigation of credit data.

6.      Copies of any and all policy manuals, procedure manuals, or other recordings
or documents of any kind, which address any or all of your policies, practices or
procedures in insuring the maximum possible accuracy of data maintained or
disseminated by you.

7.      Copies of any and all policy manuals, procedure manuals, or other documents, which addresses the minimal amount and type of information required of any consumer disputing any item of information on a consumer report, in order to cause you to initiate your correction, update, modification and/or deletion of credit data.

8.      Copies of any and all credit reports ordered and/or received by you concerning Plaintiff or which bear any of the personal identifiers of Plaintiff. This request includes all reports, archived reports, current, on-line reports and the current state of the credit data of Plaintiff's or which bear any of the personal identifiers of Plaintiff's. In connection therewith, please identify the recipient(s) of each document.

9.      Complete audit trail of any document(s), computer(s), or other data held by you which, in any degree, address or discuss Plaintiff, any of his personal identifiers and/or any of the data identified, as false, by Plaintiff in this action.

10.     Copies of your subscriber contracts between you and any of the credit reporting bureaus.

11.     Any and all correspondence, documents or other recordings from you, or your attorneys, to any other defendant in this action, or his attorneys.

12.     Any and all correspondence, documents or other recordings to you, or to your attorneys, from any other defendant in this action, or his attorneys.

13.     Any and all consumer dispute verification(s) documents or Universal Data Correction [UDF or AUDF's] forms you sent to any person or which you received from any person, which in any way references Plaintiff, any of his personal identifiers, any other defendant, or any allegation or defense asserted in this action.

14.     Any and all work papers, notes, and documents in the file of any expert witness [or any lay witness who might offer any opinion at the trial of this action] who is expected to testify, or in the file of the expert [or lay witness] who has written a report which is or will be relied upon, in whole or in part, by a testifying expert [or lay witness].

15.     Any and all expert reports [or any lay witness who might offer any opinion at the trial of this action] which have been prepared in connection with this lawsuit or the incident giving rise to this lawsuit, if the expert [or lay witness] is expected to or may testify in this cause.

16.     Any and all expert reports that were or will be relied upon, in whole or in part, or which were produced by any expert retained or engaged by you.

17.     Copies of any statements you have taken or received from any third person in any way connected with this lawsuit.

18.     Each communication log and recording which involves communications with plaintiff or any of your co-defendants, which relates to any of the fraud accounts listed in plaintiff's complaint or with regard to any of plaintiff's personal identifiers.

19.     A copy of each deposition transcript from each prior deposition given by your designated deponent/representative and a listing of all prior lawsuits, of any kind, where the designated deponent/representative supplied testimony by deposition, affidavit or purported opinion statements.

20.     A copy of any manual listing each and every code appearing on your internal reports and providing an explanation and description of each such code.

8

# EXHIBIT 2

# LARSON • KING

Boston • Dallas • Miami • Saint Paul • San Francisco

LeAllen Frost
Direct Dial: 972-419-1283
E-mail: lfrost@larsonking.com
Website: www.larsonking.com

November 7, 2003

**FAX TO 404-588-1182**

Ms. Lisa D. Wright
Law Offices of Lisa D. Wright, LLC
235 Peachtree Street, NE, Ste. 888
Atlanta, GA 30303

>    Re:   **Neal v. Equifax Credit Services, Inc., et al.**
>          **United States District Court – Northern District of Georgia, Atlanta Division**
>          **Case No.: 1:03-CV-0761**

Dear Ms. Wright:

We have received your deposition notices for Olympus Servicing, L.P. and Wilshire Credit Corporation, scheduled for November 12 and 13, respectively. Unfortunately, Mr. Ryskoski and Mr. Wahby, who are handling this case for our firm, will be unavailable on these dates, and therefore request that you reschedule the depositions for a later, mutually convenient time. Please contact Mr. Ryskoski early next week to work out a time that would be more acceptable.

We appreciate your assistance with this matter.

Sincerely,

LeAllen Frost

cc:   Mr. John Friedline (Via facsimile)
      Mr. Robert E. Mulholland (Via facsimile)
      Mr. Howell A. Hall (Via facsimile)
      Mr. Scott J. Ryskoski (for the Firm)
      Mr. Peter Wahby (for the Firm)

# EXHIBIT 3



# *Law Office of Lisa D. Wright, LLC*
## *Protecting Georgia Consumers*
235 Peachtree Street, NE, Suite 888 ● Atlanta, Georgia 30303
Office: 404-588-1181 ● Fax: 404-588-1182
www.attorneylisadwright.com
attorneywright@prodigy.net

Sunday, November 9, 2003

**By Facsimile & U.S. Mail**

Mr. Scott J. Ryskoski
Mr. Peter Wahby
Larson King
600 Galleria Three
13155 Noel Road
Dallas, TX 75240

**RE:** **Carey Scott Neal v. Equifax Credit Services, Inc., et al**
**United States District Court – Northern District of Georgia, Atlanta Division**
**Case No.: 1:03-CV-0761**

Dear Mr. Ryskoski and Mr. Wahby:

Please consider this written correspondence as my final good faith attempt, pursuant to Federal Rule of Civil Procedure 37 and Local Rule 37.1, to schedule and complete the deposition of your client, Olympus Servicing, L.P. no later than December 1, 2003.

Please contact my office no later than the close of business, Wednesday, November 12, 2003 to schedule your client's deposition.

Very truly yours,

LAW OFFICE OF LISA D. WRIGHT, LLC

By: _____
Lisa D. Wright
Attorney and Counselor at Law

Cc:    Mr. John J. Friedline
         Mr. Howell A. Hall
         Mr. Robert Mulholland