FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

ORIGINAL

MAY 17 2004

LUTHER _____, Clerk
By: F. Funck, Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CAREY SCOTT NEAL, <br>     Plaintiff <br><br> vs. <br><br> EQUIFAX INFORMATION SERVICES LLC <br> OLYMPUS SERVICING, L.P., and <br> WILSHIRE CREDIT CORPORATION <br>     Defendants | ) <br> ) <br> ) <br> ) CIVIL ACTION <br> ) FILE NO. 1:03-CV-0761-JEC <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### PLAINTIFF'S RENEWED RESPONSE AND OPPOSITION TO EQUIFAX'S RENEWED MOTION FOR SUMMARY JUDGMENT

COMES NOW, Plaintiff Carey Scott Neal, by and through counsel, pursuant to Rule 56 of the Federal Rules of Civil Procedure and renews his opposition to Defendant Equifax Information Services LLC's (hereinafter "Equifax") Renewed Motion for Summary Judgment.

Plaintiff's original opposition was filed on January 2, 2004, Docket #73. Plaintiff hereby renews his January 2, 2004 Opposition to Defendant Equifax's Motion for Summary Judgment because there are genuine issues of material fact to be tried. Plaintiff hereby requests that this court Deny Defendant Equifax's Motion

1

for Summary Judgment for the reasons set forth in his Brief filed on January 2, 2004. If this Court shall require a second copy for submission, Plaintiff will be happy to provide it upon notice.

## LOCAL RULE 7.1D CERTIFICATION

Pursuant to Local Rule 7.1D, I certify that the attached Plaintiff's Renewed Opposition to Defendant Equifax Information Services, LLC's Renewed Motion for Summary Judgment have been prepared with Times New Roman 14 Point, the font and point selections approved by this Court in Local Rule 5.1B.

This 17th day of May, 2004.

Respectfully submitted:

LAW OFFICE OF LISA D. WRIGHT, LLC

By: _____
Lisa D. Wright
Attorney for Plaintiff
Georgia State Bar No. 268781

235 Peachtree Street NE, Suite 888
Atlanta, Georgia 30303
404-588-1181 (Office)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CAREY SCOTT NEAL, <br> Plaintiff <br> <br> vs. <br> <br> EQUIFAX INFORMATION SERVICES LLC <br> OLYMPUS SERVICING, L.P., and <br> WILSHIRE CREDIT CORPORATION <br> Defendants | ) <br> ) <br> ) CIVIL ACTION <br> ) FILE NO. 1:03-CV-0761-JEC <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the within and foregoing PLAINTIFF'S RENEWED OPPOSITION TO EQUIFAX'S RENEWED MOTION FOR SUMMARY JUDGMENT, upon opposing counsel, by depositing a copy of same in the United States Mail with adequate postage thereon for prompt delivery by the United States Postal service and addressed as follows:

Mr. John J. Friedline
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309

3

Mr. Robert E. Mulholland
Savell & Williams
1500 The Equitable Building
100 Peachtree Street
Atlanta, GA 30303

This 17th day of May, 2004.

Respectfully submitted,

LAW OFFICE OF LISA D. WRIGHT, LLC

By: *(signature)*
Lisa D. Wright
Attorney for Plaintiff
Georgia State Bar No. 268781

235 Peachtree Street, NE
Suite 888
Atlanta, Georgia 30303
404-588-1181
404-588-1182 (Fax)

4