**ORIGINAL**



FILED IN CLERK'S OFFICE

JUN  9 2004

LUTHER ___, Clerk
By: _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CAREY SCOTT NEAL,<br>    Plaintiff | )<br>)<br>)<br>) CIVIL ACTION<br>) FILE NO. 1:03-CV-0761-JEC<br>)<br>)<br>)<br>)<br>)<br>) |
| vs. | |
| EQUIFAX INFORMATION SERVICES LLC<br>OLYMPUS SERVICING, L.P., and<br>WILSHIRE CREDIT CORPORATION<br>    Defendants | |

## PLAINTIFF'S REPLY TO DEFENDANT EQUIFAX'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AGAINST EQUIFAX

COMES NOW, Plaintiff Carey Scott Neal and respectfully files his reply to Defendant Equifax Information Services LLC's Response in Opposition to Plaintiff's Motion for Summary Judgment Against Defendant Equifax Information Services LLC.

Defendant Equifax Information Services LLC ("Equifax") submits extensive paperwork and authorities to attempt to refute a very simple premise, i.e. the Plaintiff was damaged by the Defendants' failure to comply with the requirements



of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 et seq.

Plaintiff does not need to kill any additional trees to support his position. Defendant Equifax chooses to ignore the simple elements of a prima facie case for its violations of the FCRA, 15 U.S.C. § 1681 et seq., and the resulting injuries to the Plaintiff. Plaintiff's Motion for Summary Judgment against Defendant Equifax and Plaintiff's Opposition to Equifax's Motion for Summary Judgment provides all necessary cites and references to the record.

For all of the wonderful prose Defendant Equifax offers, they still cannot overcome the simple facts that they failed to conduct a reasonable reinvestigation of the Plaintiff's dispute, that they failed to implement and/or follow reasonable procedures to assure maximum possible accuracy in the Plaintiff's credit file, and that the Plaintiff was in fact damaged by Equifax's failures. It is as simple as that. Whatever went on behind the scenes is irrelevant and a smoke screen for the plain truth. Defendant Equifax's own testimony contradicts the proposition they urge this Court to adopt.

Equifax failed to comply with the law, and it is clear they fail to understand the requirements of federal statutes and case law governing applications for

maintaining accurate consumer credit files.

WHEREFORE PLAINTIFF CAREY SCOTT NEAL prays that this Honorable Court:

1. Grant his Motion for Summary Judgment on the issue of liability against Defendant Equifax;

2. Deny Defendant Equifax's Motion for Summary Judgment;

3. Award Plaintiff his expenses of litigation and costs;

4. Award Plaintiff his attorneys fees; and

5. Such other and further relief as this Court deems just.

## LOCAL RULE 7.1D CERTIFICATION

Pursuant to Local Rule 7.1D, I certify that this Plaintiff's Reply has been prepared with Times New Roman – 14 Point, the font and point selections approved by this Court in Local Rule 5.1B.

This 9th day of June, 2004.

        Respectfully submitted,

        LAW OFFICE OF LISA D. WRIGHT, LLC

By: _____
      Lisa D. Wright
      Attorney for Plaintiff
      Georgia State Bar No. 268781

235 Peachtree Street NE,
Suite 888
Atlanta, Georgia 30303
404-588-1181 (Office)
404-588-1182 (Fax)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CAREY SCOTT NEAL,<br>   Plaintiff | )<br>)<br>) CIVIL ACTION<br>) FILE NO. 1:03-CV-0761-JEC |
| vs. | )<br>) |
| EQUIFAX INFORMATION SERVICES LLC<br>OLYMPUS SERVICING, L.P., and<br>WILSHIRE CREDIT CORPORATION<br>   Defendants | )<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the within and foregoing document upon opposing counsel, by depositing a copy of same in the United States Mail with adequate postage thereon for prompt delivery by the United States Postal service and addressed as follows:

Mr. John J. Friedline  
Kilpatrick Stockton LLP  
1100 Peachtree Street, Suite 2800  
Atlanta, GA 30309

Mr. Robert Mulholland  
Savell & Williams  
100 Peachtree Street, Suite 1500  
Atlanta, Georgia 30303

This 9th day of June, 2004.

                          Respectfully submitted,

                          LAW OFFICE OF LISA D. WRIGHT, LLC

                          By: _____
                              Lisa D. Wright
                              Attorney for Plaintiff
                              Georgia State Bar No. 268781

235 Peachtree Street, NE
Suite 888
Atlanta, Georgia 30303
404-588-1181
404-588-1182 (Fax)