IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CAREY SCOTT NEAL,<br>    Plaintiff | )<br>)<br>)<br>) CIVIL ACTION<br>) FILE NO. 1:03-CV-0761-JEC<br>)<br>)<br>)<br>) |
| vs. | |
| EQUIFAX INFORMATION SERVICES LLC<br>    Defendant | |

## PLAINTIFF'S MOTION IN LIMINE – EXCLUDE EVIDENCE OF SETTLEMENT DISCUSSIONS AND NEGOTIATIONS

COMES NOW, through undersigned counsel, Plaintiff Carey Scott Neal and respectfully seeks to exclude any effort by defendant, Equifax Information Services, LLC, to offer comment, reference or any evidence of settlement discussions and/or settlement negotiations.

Plaintiff seeks to exclude any testimony or reference by counsel for Equifax to settlement discussions and negotiations in this lawsuit or any others involving the same counsel in this case. Plaintiff likewise seeks to exclude any reference to settlement or dismissal of the defendants, Wilshire Credit Corporation and Olympus Servicing, L.P. Equifax is not entitled to any offset or credit for any settlement made with either defendant.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CAREY SCOTT NEAL,<br>    Plaintiff | )<br>)<br>)<br>) CIVIL ACTION<br>) FILE NO. 1:03-CV-0761-JEC<br>)<br>)<br>)<br>) |
| vs. | |
| EQUIFAX INFORMATION SERVICES LLC<br>    Defendant | |

### PLAINTIFF'S MOTION IN LIMINE – EXCLUDE EVIDENCE OF SETTLEMENT DISCUSSIONS AND NEGOTIATIONS

COMES NOW, through undersigned counsel, Plaintiff Carey Scott Neal and respectfully seeks to exclude any effort by defendant, Equifax Information Services, LLC, to offer comment, reference or any evidence of settlement discussions and/or settlement negotiations.

Plaintiff seeks to exclude any testimony or reference by counsel for Equifax to settlement discussions and negotiations in this lawsuit or any others involving the same counsel in this case. Plaintiff likewise seeks to exclude any reference to settlement or dismissal of the defendants, Wilshire Credit Corporation and Olympus Servicing, L.P. Equifax is not entitled to any offset or credit for any settlement made with either defendant.

1

WHEREFORE PLAINTIFF PRAYS THAT this motion be granted and that an appropriate order excluding such documents, testimony, reference or comment by entered.

## LOCAL RULE 7.1D CERTIFICATION

Pursuant to Local Rule 7.1D, I certify that the Motion in Limine -- Exclude Evidence of Settlement Discussions, Settlement Negotiations and Settlement & and Brief in Support have been prepared with Times New Roman 14 Point, the font and point selections approved by this Court in Local Rule 5.1B.

Dated: March 28, 2005.

                                          Respectfully submitted,

                                          LAW OFFICE OF LISA D. WRIGHT, LLC

                                          By:    <u>s/Lisa D. Wright</u>
                                                      Lisa D. Wright
                                                      Attorney for Plaintiff
                                                      Georgia State Bar No. 268781

235 Peachtree Street, NE Suite 888
Atlanta, Georgia 30303
404-588-1181 (Office)
404-588-1182 (Facsimile)
attorneywright@prodigy.net

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CAREY SCOTT NEAL,<br>　　Plaintiff | )<br>)<br>)<br>) CIVIL ACTION<br>) FILE NO. 1:03-CV-0761-JEC |
| vs. | )<br>) |
| EQUIFAX INFORMATION SERVICES LLC<br>　　Defendant | )<br>) |

## CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed the within and foregoing Plaintiff's Motion in Limine – Exclude Evidence of Settlement Discussions, Settlement Negotiations, and Settlement and Brief in Support, with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

John Friedline

3

Dated: March 28, 2005.

                        Respectfully submitted,

                        LAW OFFICE OF LISA D. WRIGHT, LLC

                        By:    s/Lisa D. Wright
                               Lisa D. Wright
                               Attorney for Plaintiff
                               Georgia State Bar No. 268781

235 Peachtree Street, NE Suite 888
Atlanta, Georgia 30303
404-588-1181 (Office)
404-588-1182 (Facsimile)
attorneywright@prodigy.net