## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| CAREY SCOTT NEAL,            ) | |
|                        ) | |
|       Plaintiff,        ) | |
|                        ) | |
| v.                       ) | CIVIL ACTION FILE |
|                        ) | NO.: 1:03-CV-761-WSD |
| EQUIFAX INFORMATION   ) | |
| SERVICES LLC,         ) | |
|                        ) | |
|       Defendant.      ) | |
| _____ ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE
## OF DEFENDANT EQUIFAX

NOW COMES the plaintiff CAREY SCOTT NEAL and defendant

EQUIFAX INFORMATION SERVICES LLC, and pursuant to Fed. R. Civ. P.

41(a)(1)(ii), stipulate and agree that this action be dismissed with prejudice as to

Equifax, as settled, with each party to bear their own costs incurred within.

This 16th day of May, 2005.

| | |
|---|---|
| CAREY SCOTT NEAL | EQUIFAX INFORMATION SERVICES LLC |
| By | By: |
| His Attorney | One of Its Attorneys |
| | |
| Lisa D. Wright | John J. Friedline |

GA Bar No. 268781
LAW OFFICES OF LISA WRIGHT
235 Peachtree Street, Ste. 888
Atlanta, Georgia 30303
(404) 588-1181
attorneywright@prodigy.net

GA Bar No. 277505
KILPATRICK STOCKTON LLP
1100 Peachtree Street, Ste 2800
Atlanta, Georgia 30309-4530
(404) 815-6500
jfriedline@kilpatrickstockton.com